# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEANDRE MCCLENDON, Y26451, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 19-469-JPG |
| RICHARD WATSON, et al | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On May 8, 2019, Plaintiff's Motion for Leave to Proceed *in forma pauperis* ("IFP") was denied and Plaintiff was given a deadline of June 7, 2019 to pay the $400 filing fee for this action (Doc. 7). Plaintiff was clearly warned in that Order that failure to pay the full filing fee of $400.00 would result in dismissal of this case. On July 11, 2019, Plaintiff was granted an extension of time to pay the $400 filing fee no later than August 12, 2019 (Doc. 12). To date, Plaintiff has not paid the filing fee for this case. As a result, this action is **DISMISSED** without prejudice, for failure to comply with an Order of this Court. **FED. R. CIV. P. 41(b).** *See generally Ladien v. Astrachan,* **128 F.3d 1051 (7th Cir. 1997)**; *Johnson v. Kamminga,* **34 F.3d 466 (7th Cir. 1994).** This dismissal shall **NOT** count as one of Plaintiff's three allotted "strikes" under 28 U.S.C. § 1915(g). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $400 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Accordingly, the agency having custody of the plaintiff is directed to remit the $400.00 filing fee from his prison trust fund account if such funds are available. If he does not have $400.00 in his account, the agency must send an initial payment of 20% of the current balance or the average balance during the past six months, whichever amount is higher. Thereafter, the agency shall begin forwarding monthly payments of 20% of the preceding month's income credited to Plaintiff's trust fund account (including all deposits to the inmate account from any source) until the statutory fee of $400.00 is paid in its entirety. The agency having custody of Plaintiff shall forward payments from Plaintiff's account to the Clerk of Court each time the Plaintiff's account exceeds $10.00 until the $400.00 filing fee is paid. Payments shall be mailed to: Clerk of the Court, United States District Court for the Southern District of Illinois. The Clerk is **DIRECTED** to mail a copy of this Order to the Trust Fund Officer at the Lawrence Correctional Center *upon entry of this Order*.

The Clerk's Office is **DIRECTED** to close this case.

**IT IS SO ORDERED.**

**DATED: August 27, 2019**

s/J. Phil Gilbert
United States District Judge